UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


Rick Potocki,                                                     Case No. 3:24-cv-111

                            Plaintiff,

           v.                                                     ORDER


GROB Systems, Inc.,

                            Defendant.


Plaintiff Rick Potocki has filed this action against Defendant GROB Systems, Inc., asserting this court has diversity jurisdiction over the matter.  (Doc. No. 1).

For a district court to have original diversity jurisdiction over a case, complete diversity must exist between the parties to the dispute.  28 U.S.C. § 1332(a).  That is, the dispute must be between citizens of different states.  28 U.S.C. § 1332(a)(1).  For purposes of diversity jurisdiction, "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business."  28 U.S.C. § 1332(c)(1).

In the Complaint, Plaintiff states, "GROB Systems, Inc. ("GROB") is a foreign corporation that operates a business located at 1070 Navajo Drive, Bluffton, Ohio 45817."  (Doc. No. 1 at 1). Plaintiff fails to state Defendant's place of incorporation or whether the address provided is Defendant's principal place of business.  Without this information, I cannot determine Defendant's citizenship and, in turn, cannot conclude complete diversity exists.

To avoid dismissal of this action for lack of subject matter jurisdiction, Plaintiff shall supplement the Complaint by filing an affidavit of jurisdiction on or before March 29, 2024. *See* Fed. R. Civ. P. 12(h)(3).  In this affidavit, Plaintiff shall state Defendant's place of incorporation and principal place of business.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge